# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TANGIERS GLOBAL, LLC, | Case No.: 2:20-cv-01434-APG-DJA |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| VGAMBLING, INC., | |
| Defendant | |

Plaintiff Tangiers Global, LLC has filed declarations asserting that both of its members are citizens and residents of Puerto Rico. ECF No. 6.  Therefore, I deem my prior Order to Show Cause satisfied and I will not dismiss this case at this time.  The plaintiff remains responsible for proving jurisdiction before judgment is entered.

DATED this 11th day of August, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE