1 JASON R. MAIER, ESQ.
Nevada Bar No. 8557
2 **MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
3 Las Vegas, Nevada 89148
Telephone: 702.629.7900
4 Facsimile:   702.629.7925
E-mail:      jrm@mgalaw.com

*Attorneys for Defendant VGambling, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANGIERS GLOBAL, LLC, a Wyoming limited liability company, | Case No.: 2:20-cv-01434-APG-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO TRANSFER VENUE** |
| vs. | |
| VGAMBLING, INC. n/k/a ESPORTS ENTERTAINMENT GROU, INC., a Nevada corporation, | |
| Defendant. | |

Plaintiff TANGIERS GLOBAL, LLC, by and through its undersigned counsel, and defendant VGAMBLING, INC., by and through its undersigned counsel, hereby stipulate and agree, pursuant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

to 28 U.S.C. § 1404, that this action be transferred to the United States District Court for the District of Puerto Rico for all further proceedings.

DATED this 30th day of September, 2020.            DATED this 30th day of September, 2020.

**KENNEDY & COUVILLIER PLLC**                      **MAIER GUTIERREZ & ASSOCIATES**

 /s/ Maximiliano D. Couvillier III                  /s/ Jason R. Maier
MAXIMILIANO D. COUVILLIER III, ESQ.                JASON R. MAIER, ESQ.
Nevada Bar No. 7661                                Nevada Bar No. 8557
3271 E. Warm Springs Rouad                         8816 Spanish Ridge Avenue
Las Vegas, Nevada 89120                            Las Vegas, Nevada 89148
Telephone: 702.605.3440                            Telephone: 702.629.7900
Facsimile:  702.625.6367                           Facsimile:  702.629.7925
E-mail:     mcouvillier@kclawnv.com                E-mail:     jrm@mgalaw.com

*Attorneys for Plaintiff Tangiers Global, LLC*     *Attorneys for Defendant VGambling, Inc.*

### ORDER

IT IS HEREBY ORDERED that the parties' stipulation to transfer venue is GRANTED. The Clerk of the Court is directed to transfer this case to the United States District Court for the District of Puerto Rico for all further proceedings.

_____
**UNITED STATES DISTRICT JUDGE**

DATED: October 1, 2020

2